(No. 5652—■■■■■■)

JUDITH M. HILDEN, as Administrator of the Estate of LOWELL R. HILDEN, Deceased, and JUDITH M. HILDEN, individually, Claimant, *vs.* STATE OF ILLINOIS, DIVISION OF HIGHWAYS, Respondent.

*Opinion filed May 11, 1971.*

ROSZKOWSKI AND PADDOCK, Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; BRUCE J. FINNE, Assistant Attorney General, for Respondent.

HOLDERMAN, J.